IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02673-CNS-NRN

STEVEN DANIEL FELIX

    Plaintiff,

v.

FREEFAM HOLDINGS, LLC

    Defendant.

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: November 16, 2022    Respectfully,

By:    ***/s/ R. Bruce Tharpe***
      R. Bruce Tharpe

**LAW OFFICE OF**
**R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF STEVEN DANIEL FELIX

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the U.S. District of Colorado ECF system on 11/16/2022.

***/s/ R. Bruce Tharpe***
R. Bruce Tharpe

1